UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF NICKOLAS MICHAEL PETERS, by the Personal Representative CARL MICHAEL PETERS; and JAYNI MARIE PETERS and CARL MICHAEL PETERS, individually and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, as sub-division of the STATE of WASHINGTON; SNOHOMISH COUNTY DEPUTY SHERIFF ARTHUR J. WALLIN; and CERTAIN UNKNOWN SNOHOMISH COUNTY SHERIFF'S DEPUTIES JOHN & JANE DOES 1-3,<br><br>Defendants. | C19-873 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS a Scheduling Conference for Thursday, October 3, 2019, at 10:30 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September, 2019.

             William M. McCool
             Clerk

             s/Karen Dews
             Deputy Clerk

MINUTE ORDER - 1