The Honorable Thomas Zilly
Trial Date: 11-02-20

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ESTATE OF NICKOLAS MICHAEL PETERS, by the Personal Representative CARL MICHAEL PETERS; and JAYNI MARIE PETERS and CARL MICHAEL PETERS, individually and their marital community,

Plaintiffs,

v.

SNOHOMISH COUNTY as a sub-division of the STATE of WASHINGTON; SNOHOMISH COUNTY DEPUTY SHERIFF ARTHUR J. WALLIN; and CERTAIN UNKNOWN SNOHOMISH COUNTY DEPUTY SHERIFFS JOHN & JANE DOES 1 – 3,

Defendants.

CASE No. 2:19-cv-00873-TSZ

**STIPULATED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ORDER**

## I. STIPULATED MOTION

COME NOW DEFENDANTS SNOHOMISH COUNTY and SNOHOMISH DEPUTY SHERIFF ARTHUR WALLIN, and PLAINTIFFS ESTATE and JAYNI MARIE PETERS and CARL MICHAEL PETERS, by and through their undersigned attorneys, and stipulate that the deadline to amend pleadings in this case should be extended from December 31, 2019,[1] to January 31, 2020.

---

[1] Dkt. # 27 at p.2, Minute Order

STIP. MOTION TO EXTEND DEADLINE TO
AMEND PLEADINGS AND ORDER – 1
NO. 2:19-cv-00873-TSZ

CAMPICHE ARNOLD, PLLC
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

## II. FACTS

This matter is set for mediation on December 31, 2019, which may resolve this case. By extending the Court Scheduling Order deadline for amending the complaint one month prevents unnecessary motion practice by the parties should this case settle. Otherwise, Defendants will not stipulate to the amending of this complaint and motion practice is necessary to resolve this issue.

Plaintiffs represent that they will seek to amend the complaint to: add a negligence cause of action against Defendant Snohomish County; add additional factual basis supporting the complaint, reflect the presently known facts; and delete the "John and Jane Does" defendants.

## III. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated this 10th day of December, 2019.


By: s/Philip G. Arnold
    Philip G. Arnold, WSBA # 2675
    Campiche Arnold, PLLC
    Attorneys for Plaintiffs

By: s/Bridget Casey
    Bridget Casey, WSBA # 30459
    Snohomish County Prosecutor
    Civil Division
    Attorneys for Defendant Snohomish Co.

By: s/Shannon M. Ragonesi
    Shannon M. Ragonesi, WSBA # 31951
    KEATING, BUCKLIN & Mccormack, INC., P.S.
    Attorneys for Defendant Snohomish County Deputy
    Sheriff Arthur J. Wallin

STIP. MOTION TO EXTEND DEADLINE TO
AMEND PLEADINGS AND ORDER – 2
NO. 2:19-cv-00873-TSZ

CAMPICHE ARNOLD, PLLC
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

# ORDER

The parties' stipulated motion, docket no. 31, is GRANTED, and the deadline for amending pleadings is EXTENDED from December 31, 2019, to January 31, 2020.

Dated this 18th day of December, 2019.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

By: s/Philip G. Arnold
Philip G. Arnold, WSBA # 2675
CAMPICHE ARNOLD PLLC
Attorneys for Plaintiffs Peters
1201 Third Avenue, Suite 3810
Seattle, WA 98101
Email addresses: parnold@campichearnold.com

**STIP. MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ORDER – 3**
NO. 2:19-cv-00873-TSZ

**CAMPICHE ARNOLD, PLLC**
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111