1

2

The Honorable Thomas Zilly
Trial Date:  11-02-20

3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

6
ESTATE OF NICKOLAS MICHAEL
PETERS, by the Personal Representative

7
CARL MICHAEL PETERS; and JAYNI
MARIE PETERS and CARL MICHAEL
PETERS, individually and their marital

8
community,

CASE No.   2:19-cv-00873-TSZ

Plaintiffs,

**NOTICE OF SETTLEMENT**

9

v.

10

11
SNOHOMISH COUNTY as a sub-division
of the STATE of WASHINGTON;
SNOHOMISH COUNTY DEPUTY

12
SHERIFF ARTHUR J. WALLIN; and
CERTAIN UNKNOWN SNOHOMISH

13
COUNTY DEPUTY SHERIFFS JOHN &
JANE DOES 1 – 3,

14

Defendants.

15

16

17
The parties respectfully notify the Court that they have agreed in principle to settle

18
the above-captioned matter. Counsel for the parties are in the process of preparing and

finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement").

19
Accordingly, the Plaintiffs respectfully request that the Court vacate all deadlines

20
as set forth in the October 3, 2019 Minute Order.

21

22

23

NOTICE OF SETTLEMENT          – 1
NO.   2:19-cv-00873-TSZ

**CAMPICHE ARNOLD, PLLC**
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

1      DATED   January 3, 2019.

2

3                        By *s/ Philip G. Arnold*

Philip G. Arnold, WSBA No. 2675
Jeffery M. Campiche, WSBA No. 7592
CAMPICHE ARNOLD PLLC
Attorneys for Plaintiffs Peters
1201 Third Avenue, Suite 3810
Seattle, WA  98101
Tele: 206.281.9000 Facsimile:  206.281.9111
Email addresses:
jcampiche@campichearnold.com
parnold@campichearnold.com
lrichard@campichearnold.com
lharris@campichearnold.com

**NOTICE OF SETTLEMENT**      – **2**
NO.   2:19-cv-00873-TSZ

**CAMPICHE ARNOLD, PLLC**
1201 Third Avenue, Suite 3810
Seattle, WA 98101
TEL: (206) 281-9000
FAX: (206) 281-9111

1

**CERTIFICATE OF SERVICE**

2        I certify that on January 3, 2019, I electronically filed the foregoing document with

3    the Clerk of the Court using the CM/ECF Electronic Filing System which will send

4    notification of such filing to all parties of record.

5        I declare under penalty of perjury under the laws of the State of Washington that

6    the foregoing is true and correct.

7        Or if discovery list out attys & staff

8

9

10

11

12        Dated January 3, 2019

13

14                                    By: _s/Lucy Richard___ _____

15

16

17

18

19

20

21

22

23

NOTICE OF SETTLEMENT        – 3        **CAMPICHE ARNOLD, PLLC**
NO.   2:19-cv-00873-TSZ                    1201 Third Avenue, Suite 3810
                                           Seattle, WA 98101
                                           TEL: (206) 281-9000
                                           FAX: (206) 281-9111