UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF NICKOLAS MICHAEL PETERS by the Personal Representative CARL MICHAEL PETERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SNOHOMISH COUNTY, et al., <br><br> Defendants. | C19-873 TSZ <br><br> ORDER |

Plaintiffs' counsel having advised the Court that this matter has been resolved, *see* Notice of Settlement (docket no. 33), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 9th day of January, 2020.

                       /s/ Thomas S. Zilly
                       Thomas S. Zilly
                       United States District Judge

ORDER - 1